

















11 Camera 11

