
# PS Form 1769/301 Accident Report
## USPS Restricted Information

**OPEN – SAFETY In-Process**

**Note: Shaded Rows Represent OSHA 301 Fields (where applicable).**

### Where did accident, injury, or illness occur:

| | | |
|---|---|---|
| 1 | Area: | ➤ Northeast |
| 2 | Cluster: | ➤ Greater Boston |
| 3 | Charge to Cost Center: | ➤ 240104 - MANAGER, CAM-PORTER SQUARE STA (MA) |
| 4 | OSHA Work Location: | PORTER SQUARE CARRIER ANNEX |
| 5 | Location where accident, injury, or illness occurred: | 200 Alewife pkwy<br>CAMBRIDGE, MA 02138 |
| [illegible] | [illegible] | [illegible] |
| 7 | Accident Type: | Industrial (Type Code = IND) |

### Brief Description of Accident:

| | | |
|---|---|---|
| 8. | stepped out of vehicle onto a pumpkin stem | |
| 9 | On-Site Investigation Conducted? | Yes |
| 10 | Serious Accident: | No |

### When did accident, injury or illness occur:

| | | |
|---|---|---|
| 11 | Fiscal Year: | 2012 |
| 12 | Calendar Year: | 2012 |
| 13 | Date Accident Created in EHS: | 09/11/2012 |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| 16 | Day of Week: | Monday |

### Potential Hazardous Condition or Equipment:

| | | |
|---|---|---|
| 17 | Potential hazardous or unsafe condition: | ➤ 21-Slippery or uneven surface |
| 18 | Potential hazardous equipment or material: | ➤ 58-Loose material on surface |

### (#1) Involved Person(s) – Any Person with an "Active Role" → Injury, Fatality, Driver, Passenger, Pedestrian:

| | | |
|---|---|---|
| [illegible] | Name: | [illegible] |
| 20 | Involved Person Role: | Injury (Role Code = INJ) |
| 21 | Employee ID: | [redacted] |
| 22 | Employee Group / Subgroup: | Full Time / City Carriers |
| 23 | OSHA Recordable Indicator: | N: Non-recordable |
| 24 | Prior Motor Vehicle Accidents: | 0 |
| 25 | Prior Industrial Accidents: | 1 |
| 26 | Pay Location: | PORTER SQUARE, CARRIER UNIT |
| [illegible] | [illegible] | [redacted] |
| 28 | Age: | [redacted] |
| [illegible] | [illegible] | [illegible] |
| 30 | Service Yrs & Months (per Current Date Hired): | 16 Year(s) and 8 Month(s) |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| 34 | Overtime Status: | No |
| 35 | Unsafe Personal Factor(s): | ➤ Didn't See |
| 36 | Unsafe Practice(s): | ➤ Inattention or distraction (not caused by verifying or fingering mail) |
| [illegible] | [illegible] | [redacted] |



# PS Form 1769/301 Accident Report
## USPS Restricted Information

| | | |
|---|---|---|
| [illegible] | What was the employee doing just before the incident occurred? [illegible] | [illegible] |
| [illegible] | What happened? Tell us how the injury occurred. [illegible] | [illegible] |
| [illegible] | [illegible] | |
| | INJURY / ILLNESS [illegible] | BODY PART [illegible] |
| [illegible] | What object or substance directly harmed the employee? [illegible] | [illegible] |
| [illegible] | Physician / Health Care Professional: | [illegible] |
| [illegible] | If treatment was given away from the worksite, where was it given? | [illegible] |
| [illegible] | Was the employee treated in an emergency room? | [illegible] |
| [illegible] | Was employee hospitalized overnight as an in-patient? | No |

## Accident Conditions:

| | | |
|---|---|---|
| 46 | Result: | ➤ Postal Injury |
| 47 | Weather: | Clear |
| 48 | Surface Type: | Paved |
| 49 | Surface Condition: | Dry / Did not contribute |
| 50 | Cause / Circumstance: | FALLS TO SIDEWALKS/GROUND |
| 51 | Item Causing Injury/Illness: | Other |
| 52 | Total # of vehicles involved in accident: | 1 |

## ➤ Postal: WITH A VID

| | | |
|---|---|---|
| 53 | Vehicle Number: | 0211086 |
| 54 | Vehicle Make-Model: | 1/2T GRUMMAN LLV 90 RH |
| 55 | Vehicle Body: | CARGO |
| 56 | Vehicle Year: | 90 |
| 57 | Vehicle Path: | Other |
| 58 | Rollover: | No |
| 59 | Area of Impact: | Mirror |
| 60 | Was Vehicle Equipped With Seat Belts? | Yes |
| 61 | Were Seat Belts in Use? | Yes |
| 62 | Employee Ejected from Vehicle: | No |

## Accident Follow-Up:

| | | |
|---|---|---|
| 63 | Job Safety Analysis: | Yes |
| 64 | Preventative Action: | PROVIDE TRAINING/INSTRUCTION |

## Supervisor Information:

| | | |
|---|---|---|
| 65 | Completed by: | Daniel P Tobin |
| 66 | Title: | MGR CUSTOMER SERVICES |
| 67 | Phone: | 617-825-7534 |

**PS Form 1769/301 Accident Report**
**USPS Restricted Information**

**Supervisor:** Retain this completed form for 5 calendar years from Date of Accident.

*OSHA 301*

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

*OSHA 301*

Public reporting burden for this collection of information is estimated to average 22 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Persons are not required to respond to the collection of information unless it displays a current valid OMB control number. If you have any comments about this estimate or any other aspects of this data collection, including suggestions for reducing this burden, contact: US Department of Labor, OSHA Office of Statistical Analysis, Room N-3644, 200 Constitution Avenue, NW, Washington, DC 20210. Do not send the completed forms to this office.

Additional information and requirements for investigation of an accident and completion of an accident report and it's contents are available in the 1769/301 Policy and Instructions document available on the Supervisor EHS screen.